UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 14-03701-CBM (KKx)**               Date: **July 16, 2015**

Title: **Gregory Franklin v. Drug Enforcement Administration, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| D. Taylor | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                                          None present

**PROCEEDINGS:  (IN CHAMBERS)**

The Defendants' *Ex Parte* Application for a Protective Order has been referred by the District Judge to the Magistrate Judge for consideration.  Defendants seek an order precluding Plaintiff from conducting discovery without leave of the Court.

Plaintiff is, therefore, directed to file an opposition (or statement of non-opposition) no later than **July 24, 2015**.  Plaintiff is advised that failure to file an opposition may be deemed consent to the granting of the application.  *See* Local Rule 7-12.