UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GREGORY FRANKLIN,

          Plaintiff,

      v.

DRUG ENFORCEMENT AGENCY,
et al.

         Defendants.

CASE NO. 2:14-cv-03701-CBM(RNBx)

**JUDGMENT**

[JS-6]

    Consistent with the Court's Order filed simultaneously herewith, judgment is hereby entered in favor of Defendants Drug Enforcement Agency and Katherine L. Myrick, and against Plaintiff Gregory Franklin.

DATED:  March 25, 2016

_____
Honorable Consuelo B. Marshall
United States District Judge

1